No. 4947.—SOLÍS, apldo. v. VILLAFAÑE ET AL., apltes.—C. D. Humacao. �884 Abril 30, 1929.

POR CUANTO, en este pleito se cobra a los demandados el importe de varios pagarés vencidos, suscritos por ellos;

POR CUANTO, los demandados opusieron como única defensa a esa reclamación que el término de vencimiento de esas obligaciones había sido prorrogado de mutuo acuerdo hasta una fecha posterior a la presentación de la demanda;

POR CUANTO, los demandados no comparecieron en el juicio, y por tanto no presentaron prueba de su única defensa;

POR CUANTO, en estas condiciones el pleito resulta frívola su apelación;

POR TANTO, por el expresado motivo accedemos a la solicitud del apelado y desestimamos la apelación.